UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:23–cv–02904–RGK–JPR | Date | 7/17/2023 |
|---|---|---|---|
| Title | TONI MCBRIDE V. MICHEL MOORE ET AL | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Caleb Mason                          Keimer Raymond
Nia Wahl

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 10 days): | April 2, 2024 at 09:00 AM |
| Pretrial Conference: | March 18, 2024 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | January 18, 2024 |
| Discovery Cut-Off Date (fact discovery): | January 4, 2024 |

Last day to amend the complaint or add parties is 9/1/2023. The parties shall participate in ADR SP3.

**IT IS SO ORDERED.**

:03
Initials of Preparer: jre