GREGORY W. SMITH (SBN 134385)
DIANA WANG WELLS (SBN 284215)
**LAW OFFICES OF GREGORY W. SMITH, LLP**
9100 Wilshire Boulevard, Suite 725E
Beverly Hills, California 90212
Telephone:    (310) 777-7894
Telecopier:    (310) 777-7895
Email:            sfrancia@gwslegal.com

BETH D. CORRIEA (SBN 210455)
**THINK LEGAL360, P.C.**
407 N. Pacific Coast Highway, Suite 1002
Redondo Beach, California 90277
Telephone:    (310) 869-0385
Facsimile:     (310) 943-1468
Email:            beth@thinklegal360.com

Attorneys for Plaintiff TONI MCBRIDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAPD OFFICER TONI MCBRIDE,<br><br>Plaintiff,<br><br>vs.<br><br>CHIEF OF POLICE MICHEL MOORE; LOS ANGELES POLICE DEPARTMENT,<br><br>Defendants. | CASE NO. 2:23-CV-02904-RKG-JPR<br><br>**[PROPOSED] JOINT STATEMENT OF THE CASE**<br><br>Trial:        April 2, 2024 |

///
///
///
///
///
///

The parties in the above-entitled action, through their counsel of record, hereby submit the following Joint Statement of the Case:

The Plaintiff, Toni McBride, is a Police Officer that alleges her rights to free speech were violated when the Chief of Police, Michel Moore, told her to delete her social media account on Instagram.

The Defendants, City of Los Angeles and Michel Moore, allege that Plaintiff was never told to delete her social media account and that no adverse employment action was taken against her due to her speech.

Dated:  March 26, 2024            LAW OFFICES OF GREGORY W. SMITH, LLP
                                  THINK LEGAL360, P.C.


                                  By:/s/ *Gregory W. Smith*
                                  GREGORY W. SMITH
                                  BETH D. CORRIEA
                                  Attorneys for Plaintiff TONI McBRIDE

Dated:  March 26, 2024            ANETA FREEMAN, Managing Assistant City Attorney
                                  KEIMER E. RAYMOND, Deputy City Attorney


                                  By:/s/ *Keimer E. Raymond*
                                  **KEIMER E. RAYMOND**
                                  Deputy City Attorney
                                  Attorneys for Defendants, **CITY OF LOS ANGELES**, **CHIEF OF POLICE MICHEL MOORE**

In accordance with Local Rule 5-4.3.4, the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# CERTIFICATE OF SERVICE

Case Name: ***Officer Toni McBride v. Chief of Police Michel Moore, et al.***
Case No.: ***2:23-cv-02904-RKG-JPR***

I am employed by the Law Offices of Gregory W. Smith, LLP in the County of Los Angeles, State of California at whose direction the service was made. I am over the age of 18 years of age, and am not a party to the within action; my business address is 9100 Wilshire Boulevard, Suite 725E, Beverly Hills, California 90212; my email address is: sfrancia@gwslegal.com.

On the date hereinbelow specified, I served the document, described as set forth below, on the interested parties in this action by electronically serving true copies as follows:

DATE OF SERVICE:       March 26, 2024

DOCUMENT SERVED:       **[PROPOSED] JOINT STATEMENT OF THE CASE**

PARTIES SERVED:        Aneta Barbara Freeman
                       Keimer E. Raymond
                       City of Los Angeles City Attorney
                       Employment Litigation Division
                       200 North Main Street Suite 7th Floor
                       Los Angeles, CA 90034-1615
                       aneta.freeman@lacity.org;
                       Keimer.raymond@lacity.org
                       *Counsel for Defendants Chief of Police Michel Moore, Los Angeles Police Department*

XXX   (BY CM/ECF NOTICE OF ELECTRONIC FILING):
I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

XXX (FEDERAL) I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **March 26, 2024**, at Los Angeles, California.

            _____/s/ Selma Francia_____
                       Selma Francia