GREGORY W. SMITH (SBN 134385)
DIANA WANG WELLS (SBN 284215)
**LAW OFFICES OF GREGORY W. SMITH, LLP**
9100 Wilshire Boulevard, Suite 725E
Beverly Hills, California 90212
Telephone:      (310) 777-7894
Telecopier:     (310) 777-7895
Email:          sfrancia@gwslegal.com

BETH D. CORRIEA (SBN 210455)
**THINK LEGAL360, P.C.**
407 N. Pacific Coast Highway, Suite 1002
Redondo Beach, California 90277
Telephone:      (310) 869-0385
Facsimile:      (310) 943-1468
Email:          beth@thinklegal360.com

Attorneys for Plaintiff TONI MCBRIDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAPD OFFICER TONI MCBRIDE, | **CASE NO. 2:23-CV-02904-RKG-JPR** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF LODGING DEPOSITION TRANSCRIPTS PURSUANT TO LOCAL RULE 32-1** |
| CHIEF OF POLICE MICHEL MOORE; LOS ANGELES POLICE DEPARTMENT, | |
| Defendants. | **Trial:        April 2, 2024** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 32-1, Plaintiff Toni McBride hereby Lodges the deposition transcripts for the following witnesses in the above-entitled action:

/ / /

1.    Chief Michel R. Moore – December 30, 2023 – Certified Copy

2.    Deputy Chief Daniel Randolph – December 11, 2023 – Certified Copy

3.    Lizabeth Rhodes – January 3, 2024 – Certified Copy

RESPECTFULLY SUBMITTED:

Dated:  April 1, 2024          LAW OFFICES OF GREGORY W. SMITH, LLP
                              THINK LEGAL360, P.C.

                              By:    /s/ *Gregory W. Smith*
                              GREGORY W. SMITH
                              BETH D. CORRIEA
                              Attorneys for Plaintiff TONI MCBRIDE

## CERTIFICATE OF SERVICE

Case Name: ***Officer Toni McBride v. Chief of Police Michel Moore, et al.***
Case No.: ***2:23-cv-02904-RKG-JPR***

I am employed by the Law Offices of Gregory W. Smith, LLP in the County of Los Angeles, State of California at whose direction the service was made. I am over the age of 18 years of age, and am not a party to the within action; my business address is 9100 Wilshire Boulevard, Suite 725E, Beverly Hills, California 90212; my email address is: sfrancia@gwslegal.com.

On the date hereinbelow specified, I served the document, described as set forth below, on the interested parties in this action by electronically serving true copies as follows:

DATE OF SERVICE:               April 1, 2024

DOCUMENT SERVED:          **PLAINTIFF'S NOTICE OF LODGING DEPOSITION TRANSCRIPTS PURSUANT TO LOCAL RULE 32-1**

PARTIES SERVED:                 Aneta Barbara Freeman
Keimer E. Raymond
City of Los Angeles City Attorney
Employment Litigation Division
200 North Main Street Suite 7th Floor
Los Angeles, CA 90034-1615
aneta.freeman@lacity.org;
Keimer.raymond@lacity.org
*Counsel for Defendants Chief of Police Michel Moore, Los Angeles Police Department*

<u>XXX</u>   (BY CM/ECF NOTICE OF ELECTRONIC FILING):
I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

<u>XXX</u> (FEDERAL) I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **April 1, 2024**, at Los Angeles, California.                    ___*/s/ Selma Francia*___
                                                Selma Francia

-3-