FILED
CLERK, U.S. DISTRICT COURT
4/4/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAPD OFFICER TONI MCBRIDE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHIEF OF POLICE MICHEL MOORE;<br>LOS ANGELES POLICE<br>DEPARTMENT,<br><br>  Defendants. | CASE NO. 2:23-CV-02904-RKG-JPR<br><br>**VERDICT FORM**<br><br>**REDACTED**<br><br>Trial:   April 2, 2024 |

///
///
///
///
///
///
///

# VERDICT FORM

WE, THE JURY, in the above-entitled action, unanimously answer the questions submitted to us as follows:

### Question 1.

Did Defendant Michel Moore take an adverse employment action against Plaintiff?

Answer:  Yes _____     No __✓__

If you answered "Yes" to Question 1, then answer Question 2. If you answered "No" to Question 1 then stop here and date and sign this form.

### Question 2.

Was Plaintiff's speech a substantial or motivating factor for the adverse employment action?

Answer:  Yes _____     No _____

If you answered "Yes" to Question 2, then answer Question 3. If you answered "No" to Question 2 then stop here and date and sign this form.

### Question 3.

Would Defendants have taken the adverse employment action even absent Plaintiff's speech?

Answer:  Yes _____     No _____

If you answered "No" to Question 3, then answer Question 4. If you answered "Yes" to Question 3 then stop here and date and sign this form.

### Question 4.

Did Defendants have a legitimate administrative interest in restricting Plaintiff's speech?

Answer: Yes _____  No _____

Proceed to Question 5.

### Question 5.

When Defendant Michel Moore took the adverse employment action against Plaintiff, was he acting as a final policymaker for Defendant City of Los Angeles?

Answer: Yes _____  No _____

Proceed to Question 6.

### Question 6.

Was Defendant Michel Moore's conduct malicious, oppressive, or in reckless disregard of Plaintiff's rights?

Answer: Yes _____  No _____

Proceed to Question 7.

### Question 7.

What do you find to be the total amount of damages, if any, suffered by Plaintiff?

TOTAL: $_____

DATED: 4/4/2024

**REDACTED BY THE COURT**

FOREPERSON

-3-
VERDICT FORM