JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAPD OFFICER TONI MCBRIDE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CHIEF OF POLICE MICHEL MOORE; LOS ANGELES POLICE DEPARTMENT<br><br>Defendants. | **Case No.:** 2:23-cv-02904-RGK-JPR<br><br>**JUDGMENT**<br><br>Judge: Hon. R. Gary Klausner<br><br>Trial Date:         April 2, 2024<br>Complaint Filed:  April 20, 2023 |

**JUDGMENT AFTER TRIAL BY JURY**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This action came on regularly for trial on April 2, 2024 in Courtroom "850" of the United States District Court, Central District of California, Central Division, the Honorable R. Gary Klausner judge presiding.  The Plaintiff TONI MCBRIDE was represented by attorneys Gregory Smith and Beth Correia.  The Defendants CITY OF LOS ANGELES and MICHEL MOORE were represented by attorneys Aneta Freeman and Keimer Raymond.

A jury of 8 persons was regularly impaneled and sworn on April 2, 2024. Witnesses were sworn and identified. On April 4, 2024, following the presentation of evidence and argument during the jury trial which concluded on April 4, 2024, the jury, in the above-entitled action, UNANIMOUSLY found in favor of the Defendants.

**Now therefore, it is ORDERED, ADJUDGED AND DECREED:**

That Judgment be, and hereby is, entered in favor of the Defendants CITY OF LOS ANGELES and MICHEL MOORE and against the Plaintiff TONI MCBRIDE;

That Plaintiff shall have and recover nothing from the Defendants.

*IT IS SO ORDERED.*

Dated: 5/3/2024

United States District Judge
HONORABLE R. GARY KLAUSNER